AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:20-CR-3781-JES |
| Lucia Santana ) | USM No: |
| ) | |
| Date of Original Judgment: 07/19/2021 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant requests a reduction based on his status as a zero point offender pursuant to USSG Section 4C1.1 that was enacted on November 1, 2023. At the time of sentencing in 2021, Defendant's total offense level before any departures was 27 and he was in criminal history category I which resulted in a guideline range of 70-87 months. Defendant was sentenced to 71 months which was within the guideline range.

If the Court were to apply the zero point offender reduction, it would reduce the total offense level to 25 and he would remain in criminal history category I which would result in a guideline range of 57-71 months. Since Defendant's previously imposed sentence of 71 months is already within that range, and based on the relevant section 3553(a) factors, the Court does not believe a reduction is warranted.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/18/2024

*Judge's signature*

Effective Date: _____    The Honorable James E. Simmons, Jr., US District Judge
*(if different from order date)*     *Printed name and title*